ATTACHMENT #1

If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US Code, Title 8, Section1331...§ 623(a)(1)

Age Discrimination in Employment Act (ADEA) of 1967 and retaliation (protected activity) in violation of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e. § 623(a)(1)). See Univ. of Tex. Southwestern Med. Ctr. v. Nassar, 570 U.S. 338, 350, 133 S. Ct. 2517, 2527, 186 L. Ed. 2d 503, 516, 2013 U.S. LEXIS 4704, *20, 81 U.S.L.W. 4514, 118 Fair Empl. Prac. Cas. (BNA) 1504, 97 Empl. Prac. ,Dec. (CCH) P44,851, 24 Fla. L. Weekly Fed. S 366, 2013 WL 3155234. Gross v. FBL Fin. Yates v. Volunteer Health Care Sys., 783 F. Supp. 1002 (W.D. Va. 1992).Servs., 557 U.S. 167.